**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO: 26-______** |
| **v.** | : | **DATE FILED: ________** |
| **ANTONIO LYTTLE** | : | **VIOLATION:** |
| | : | **18 U.S.C. § 611 (voting by alien – 1 count)** |
| | : | **Consent to Proceed Before U.S. Magistrate Judge** |

**<u>MISDEMEANOR INFORMATION</u>**

**<u>COUNT ONE</u>**

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about November 5, 2024, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**ANTONIO LYTTLE,**

an alien, knowing that he was not a United States citizen, knowingly voted in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Presidential elector.

In violation of Title 18, United States Code, Section 611.

/FOR

**DAVID METCALF**
**United States Attorney**

*No.*___________

---

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

---

THE UNITED STATES OF AMERICA

vs.

**ANTONIO LYTTLE**

---

MISDEMEANOR INFORMATION Counts

**18 U.S.C. § 611 (voting by alien – 1 count)**

**Consent to Proceed Before a U.S. Magistrate Judge**

---

A true bill.

_______________________________________

Foreperson

---

Filed in open court this ______________________________day,
Of ______________________A.D. 20____________

_______________________________________

Foreperson

---

Bail, $_________________

---